**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 14-6634**

───────────────

WILLIE LEE MOBLEY,

　　　　　　　Petitioner - Appellant,

　　　v.

SUPERINTENDENT WELLS,

　　　　　　　Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.　Frank D. Whitney, Chief District Judge.　(3:13-cv-00491-FDW)

───────────────

Submitted:　September 25, 2014　　Decided:　September 29, 2014

───────────────

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Willie Lee Mobley, Appellant Pro Se.　Clarence Joe DelForge, III, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Lee Mobley seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2012) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Mobley has not made the requisite showing. Accordingly, we deny Mobley's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the

2

materials before this court and argument would not aid the decisional process.

                                                            <u>DISMISSED</u>